JOHN C. MEDEIROS & others *vs.* CITY OF FALL RIVER & others. May 4,
1971. This appeal brings no justiciable matter before us.

*Appeal dismissed.*

*Richard N. LaSalle* for the plaintiffs.

TEXACO, INC. *vs.* JOHN D. SMITH & another. May 5, 1971. The plaintiff
seeks specific performance from the defendant John D. Smith under an op-
tion to purchase a gasoline station property contained in a lease dated May 8,
1951, from Smith's grantor, Earl C. Beauregard. The defendant Margaret
Bandzul, trustee, acquired title to the property from John D. Smith on Octo-
ber 21, 1965, and leased it to John D. Smith on October 18, 1966. All of the
transactions were duly recorded. The defendants appeal from a decree of
the Superior Court ordering specific performance. The sole issue is whether
the plaintiff properly exercised its option by giving the notice required under
the terms of the lease. The trial judge ruled "that the . . . [plaintiff's]
telegram dated June 1, 1966, and the . . . [plaintiff's] letter dated July 7,
1966, directed to the . . . [defendant] Smith effectively and validly exer-
cised the . . . [plaintiff's] option to purchase the property . . . under the
terms and conditions contained in the lease of May 8, 1951." The judge's
findings of fact were ample to support his ruling. There was no error. *Bishop* v.
*Eaton,* 161 Mass. 496. *Berman* v. *Coakley,* 257 Mass. 159, 162. See *Durkin* v.
*Siegel,* 340 Mass. 445.

*Decree affirmed with costs of
appeal to the plaintiff.*

*Donald P. Conway* for the defendants.
*Henry Scharoff* for the plaintiff.